IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v ) | No 1 02-CV-01118 |
| WALTER T JOHNSON, JR, et al, ) | |
| Defendants ) | |

## CONSENT ORDER

Pursuant to the agreement of Plaintiff, the United States, and defendants Walter T Johnson, Jr, Yvonne J Johnson, Patricia Johnson Trice, WGJ Properties, Inc and the City of Greensboro (collectively, the "parties"), as evidenced by their signatures below, the Court ORDERS as follows

1    Judgment shall be entered in favor of the United States and against defendant Walter T Johnson, Jr, on Count I of the United States' complaint, for the unpaid assessed balance of Walter T Johnson, Jr's, income tax liabilities for the years 1988-1996, inclusive, and related interest and penalties, in the amount of $584,789 46, plus interest accruing after July 11, 2005 pursuant to 26 U S C §§ 6601, 6621, and 6622, and 28 U S C § 1961(c) until paid,

2    Count II of the United States' complaint, as against defendants Walter T Johnson, Jr, Yvonne J Johnson, Patricia Johnson Trice, WGJ Properties, Inc and the City of Greensboro, is dismissed, without prejudice, subject to reopening under Kokkonen v Guardian Life Ins Co, 511 U S 375 (1994), upon motion by the United States demonstrating that the parties have not complied with the terms of the settlement agreement between the parties, dated July 11, 2005

3	Because dismissal of Count II of the complaint, as against defendants Walter T Johnson, Jr , Yvonne J Johnson, Patricia Johnson Trice, WGJ Properties, Inc and the City of Greensboro, is conditioned upon the parties' subsequent performance under the settlement agreement, the parties shall comply with the terms of the settlement agreement, and the Court shall retain jurisdiction to enforce its terms,

4	Upon stipulation or other demonstration to the Court that the parties' respective obligations under the settlement agreement have been satisfied, Count II of the United States' complaint, as against defendants Walter T Johnson, Jr , Yvonne J Johnson, Patricia Johnson Trice, WGJ Properties, Inc and the City of Greensboro, will be dismissed, with prejudice

IT IS SO ORDERED, this 11th day of July, 2005

_____
UNITED STATES DISTRICT JUDGE

Submitted by

**Attorneys for Defendants Walter T. Johnson, Yvonne J. Johnson, WGJ Properties, Inc. and Patricia Johnson Trice:**

_____
WILLIAM B TREVORROW
N C State Bar No 4411

OF COUNSEL
RICHARD D HALL, JR , P A
221-A Commerce Place
Greensboro, NC 27401

**Attorneys for the United States**

ANNA MILLS WAGONER
United States Attorney

GILL P BECK
Assistant United States Attorney
NCSB# 13175
Post Office Box 1858
Greensboro, NC 27402
(910) 333-5351

_____
LAWRENCE P BLASKOPF
IVAN C DALE
Trial Attorneys, Tax Division
U S Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone (202) 514-9642, (202) 307-6615

**Attorneys for Defendant City of Greensboro:**

GREENSBORO CITY ATTORNEY'S OFFICE

_____
A TERRY WOOD
Chief Deputy City Attorney
NCSB# 4821

_____
BECKY JO PETERSON-BUIE
Deputy City Attorney
NCSB# 12206

_____
CLYDE B ALBRIGHT
Assistant City Attorney
NCSB# 7223
P O Box 3136
Greensboro, NC 27402
(336) 373-2320