IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:02-CV-01118 |
| | ) | |
| WALTER T. JOHNSON, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the Consent Order entered in the above-captioned case on July 11, 2005,

It Is Hereby ADJUDGED that defendant Walter T. Johnson, Jr., is indebted to the United States for unpaid income taxes, interest and penalties with respect to his 1988 through 1996 tax years in the amount of $584,789.46, plus interest accruing after July 11, 2005, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622, and 28 U.S.C. § 1961(c) until paid.

June 4, 2007

_____
United States District Judge